VERNON A. NELSON, JR., ESQ.
Nevada Bar No.: 6434
THE LAW OFFICE OF VERNON NELSON
9480 S. Eastern Ave., Ste. 252
Las Vegas, NV 89123
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: vnelson@nelsonlawfirmlv.com
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. aka CAPITAL ONE FINANCIAL CORPORATION, aka CAPITAL ONE SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION, LLC<br><br>    Defendants. | Case No.: 2:18-cv-02141-APG-PAL<br><br>**PLAINTIFF VERNON NELSON'S NOTICE OF SETTLEMENT**<br><br>Complaint filed: November 7, 2018 |

PLEASE TAKE NOTICE that Plaintiff Vernon Nelson and Defendant Equifax Information Services, LLC ("Equifax") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Equifax pending in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within forty-five (45) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal with prejudice of the claims asserted against Equifax.

Dated this 7th day of February, 2019.

                                                                         THE LAW OFFICE OF VERNON NELSON

                                                                         By: */s/ Vernon A. Nelson, Jr., Esq.*
                                                                         VERNON A. NELSON, JR., ESQ.
                                                                         Nevada Bar No. 6434
                                                                         9480 S. Eastern Avenue, Suite 252
                                                                         Las Vegas, Nevada 89123
                                                                         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of THE LAW OFFICE OF VERNON NELSON and that on this 7th day of February, 2019, I caused the document **PLAINTIFF VERNON NELSON'S NOTICE OF SETTLEMENT** to be served through the Court's CM/ECF system addressed to:

Jeremy J. Thompson, Esq.
CLARK HILL PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada
Email: JThompson@ClarkHill.com

*Attorneys for Equifax Information Services LLC*

                                          */s/ Coreene Drose*
                                          An Employee of THE LAW OFFICE OF VERNON NELSON

**IT IS ORDERED** that the settling parties shall have until **March 25, 2019**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

Dated: February 11, 2019

                                          Peggy A. Leen
                                          United States Magistrate Judge