# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Vernon Nelson, | Case No.: 2:18-cv-02141-APG-PAL |
| Plaintiff | **Order** |
| v. | [ECF No. 29] |
| Capital One, N.A., et al., | |
| Defendants. | |

Based on the stipulation (ECF No. 29) of the plaintiff and defendant Equifax, all of the plaintiff's claims against Equifax are dismissed with prejudice, each side to bear its own fees and costs. The plaintiff shall file a status report or dismissal papers regarding the remaining defendants by April 22, 2019.

Dated: March 22, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE