JENNIFER D. GOLANICS, ESQ.
Nevada Bar No.: 13687
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Ste. 103
Las Vegas, NV 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: jgolanics@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON, | Case No.: 2:18-cv-02141-APG-BNW |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| CAPITAL ONE, N.A. aka CAPITAL ONE FINANCIAL CORPORATION, aka CAPITAL ONE SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION, LLC, | |
| Defendants. | |

Plaintiff Vernon Nelson, by and through his attorney, the Law Office of Vernon Nelson, and Defendant Capital One Bank (USA), N.A., named as "Capital One, N.A. aka Capital One Financial Corporation aka Capital One Services, LLC" (Capital One"), by and through its attorney of record Fernald Law Group LLP and hereby stipulate and agree that Plaintiff's Complaint against Capital One will be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED on this 28th day of June, 2019. | |
| 2 | | |
| 3 | THE LAW OFFICE OF VERNON NELSON | FERNALD LAW GROUP LLP |
| 4 | By: /s/ Jennifer Golanics | /s/ Brandon Fernald |
| | JENNIFER D. GOLANICS, ESQ. | BRANDON C. FERNALD, ESQ. |
| 5 | Nevada Bar No.: 13687 | Nevada Bar No. 10582 |
| | 6787 W. Tropicana Ave., Ste. 103 | 6236 Laredo Street |
| 6 | Las Vegas, NV 89103 | Las Vegas, Nevada 89146 |
| | T: 702-476-2500 | F: 702-476-2788 | |
| 7 | E-mail: jgolanics@nelsonlawfirmlv.com | Attorneys for Capital One Bank (USA), N.A. |
| 8 | *Attorneys for Plaintiff* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: July 1, 2019.