JENNIFER D. GOLANICS, ESQ.
Nevada Bar No.: 13687
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Ste. 103
Las Vegas, NV 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: jgolanics@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>                   Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. aka CAPITAL ONE FINANCIAL CORPORATION, aka CAPITAL ONE SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION, LLC,<br><br>                   Defendants. | Case No.: 2:18-cv-02141-APG-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Vernon Nelson, by and through his attorney, the Law Office of Vernon Nelson, and Defendant Experian Information Solutions, Inc. ("Experian"), by and through its attorney of record Naylor & Braster hereby stipulate and agree that Plaintiff's Complaint against Experian will be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED on this 29ᵗʰ day of July, 2019.

THE LAW OFFICE OF VERNON NELSON    NAYLOR & BRASTER

By: */s/ Jennifer Golanics*

JENNIFER D. GOLANICS, ESQ.
Nevada Bar No.:  13687
6787 W. Tropicana Ave., Ste. 103
Las Vegas, NV   89103
T: 702-476-2500 |  F: 702-476-2788
E-mail: jgolanics@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

*/s/ Andrew Sharples*

JENNIFER L. BRASTER, ESQ.
Nevada Bar No. 9982
ANDREW J. SHARPLES, ESQ.
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
T: 702-420-7000 |  F: 702-420-7001
Email: jbraster@nblawnv.com
    asharples@nblawnv.com
*Attorneys for Experian Information Solutions, Inc.*

## ORDER

**IT IS SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**
Dated: July 29, 2019.