JENNIFER D. GOLANICS, ESQ.
Nevada Bar No.: 13687
THE LAW OFFICE OF VERNON NELSON
6787 W. Tropicana Ave., Ste. 103
Las Vegas, NV 89103
Tel.: 702-476-2500
Fax.: 702-476-2788
E-mail: jgolanics@nelsonlawfirmlv.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VERNON NELSON,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. aka CAPITAL ONE FINANCIAL CORPORATION, aka CAPITAL ONE SERVICES, LLC, EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. AND TRANSUNION, LLC,<br><br>    Defendants. | Case No.: 2:18-cv-02141-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Vernon Nelson, by and through his attorney, the Law Office of Vernon Nelson, and Defendant Trans Union, LLC ("Trans Union"), by and through its attorney of record, Alverson Taylor & Sanders hereby stipulate and agree that Plaintiff's Complaint against Trans Union will be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS SO STIPULATED on this 28th day of August, 2019.

| THE LAW OFFICE OF VERNON NELSON | ALVERSON TAYLOR & SANDERS |
|---|---|
| By: */s/ Jennifer Golanics* | */s/ Trevor R. Waite* |
| JENNIFER D. GOLANICS, ESQ. | KURT R. BONDS, ESQ. |
| Nevada Bar No.: 13687 | TREVOR R. WAITE, ESQ. |
| 6787 W. Tropicana Ave., Ste. 103 | 6605 Grand Montecito Parkway, Suite 200 |
| Las Vegas, NV 89103 | Las Vegas, Nevada 89149 |
| T: 702-476-2500 | F: 702-476-2788 | E-mail: kbonds@alversontaylor.com |
| E-mail: jgolanics@nelsonlawfirmlv.com | twaite@alversontaylor.com |
| *Attorneys for Plaintiff* | *Attorneys for Trans Union LLC* |

## **ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
Dated: August 28, 2019.